**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| ROBERT DESHIELDS, | : | No. 18 EAP 2016 |
| | : | |
| Appellant | : | |
| | : | Appeal from the Order of the |
| | : | Commonwealth Court dated 2/29/16, |
| v. | : | exited 3/1/16, at No. 526 MD 2015 |
| | : | |
| | : | |
| PENNSYLVANIA DEPARTMENT OF | : | |
| CORRECTIONS, ET AL., | : | |
| | : | |
| Appellee | : | |

### *ORDER*

**PER CURIAM**

    **AND NOW**, this 28th day of March, 2017 the Order of the Commonwealth Court is hereby AFFIRMED.